IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lewis, Michael | Case Number: 06 B 17012 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/9/07 | Filed: 12/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2007
Confirmed: February 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,000.00 |  |
| Secured: |  | 2,128.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 709.50 |
| Trustee Fee: |  | 162.01 |
| Other Funds: |  | 0.00 |
| Totals: | 3,000.00 | 3,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,300.00 | 709.50 |
| 2. | Triad Financial Services | Secured | 5,677.67 | 422.50 |
| 3. | Numark Credit Union | Secured | 22,073.47 | 1,705.99 |
| 4. | Internal Revenue Service | Priority | 3,871.07 | 0.00 |
| 5. | Capital One | Unsecured | 185.25 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 80.80 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 28.06 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 529.22 | 0.00 |
| 9. | Numark Credit Union | Unsecured | 0.00 | 0.00 |
| 10. | Capital One | Unsecured | 197.69 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 2.47 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 89.81 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,035.51 | $ 2,837.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 162.01 |
| | _____ |
| | $ 162.01 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lewis, Michael

Printed:  10/9/07

Case Number:  06 B 17012
Judge:  Goldgar, A. Benjamin
Filed:  12/22/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_